CO-386-online
10/03

**FILED**

MAY 2008

Clerk, U.S. District and
Bankruptcy Courts

# United States District Court
# For the District of Columbia

Sunbeam Television Corporation           )
                                         )
                                         )
                                         )       Case: 1:08-cv-00906
         vs     Plaintiff                )   Civil Act   Assigned To : Collyer, Rosemary M.
                                         )   Assign. Date : 5/29/2008
Federal Communications                   )   Description: FOIA/Privacy Act
Commission                               )
                                         )
                Defendant                )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Sunbeam Television Corporation  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  N/A  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

DC Bar No. 394435
BAR IDENTIFICATION NO.

Charles R. Naftalin
Print Name

2099 Pennsylvania Ave., N.W.
Address

Washington, DC 20006
City         State         Zip Code

(202)955-3000
Phone Number