UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNBEAM TELEVISION CORPORATION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-0906 (RMC) |
| v. ) | |
| FEDERAL COMMUNICATIONS COMMISSION, ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel for Defendant in the above-captioned case.

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
District of Columbia
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov