UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
SUNBEAM TELEVISION CORPORATION,   )
                                            )
        Plaintiff,                          )
                                            )
            v.                              )     Civil Action 08-0906 (RMC)
                                            )
FEDERAL COMMUNICATIONS COMMISSION,)
                                            )
        Defendant.                          )
_____)

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant the Federal Communications Commission, by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of time of 30 days to respond to the Complaint in this action. Defendant's response to the Complaint is currently due by June 30, 2008. If the instant motion is granted, Defendant's response to the Complaint would be due by July 30, 2008. The last undersigned counsel (the "AUSA") has discussed this motion with Plaintiff's counsel, and Plaintiff's counsel has stated that Plaintiff consents to the relief requested herein. There is good cause to grant this motion: The AUSA and Plaintiff's counsel have agreed that it is in the parties' best interest to discuss the further conduct of this litigation following Defendant's response to Plaintiff's Freedom of Information Act ("FOIA") request, with such discussions including the possibility of a negotiated compromise. The 30-day extension will provide an appropriate interval for this to occur. For this reason, Defendant respectfully requests that the Court grant it the relief requested herein. The parties agree that nothing contained in this motion constitutes a waiver of either of their rights under FOIA. A proposed order consistent with this motion is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNBEAM TELEVISION CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 08-0906 (RMC) |
| ) | |
| FEDERAL COMMUNICATIONS COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered Defendant's Consent Motion for Extension of Time to Respond to the Complaint, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall have until July 30, 2008 to respond to the Complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel