UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                  )
SUNBEAM TELEVISION CORPORATION,   )
                                                                  )
        Plaintiff,                                      )
                                                                  )
        v.                                               )  Civil Action 08-0906 (RMC)
                                                                  )
FEDERAL COMMUNICATIONS COMMISSION, )
                                                                  )
        Defendant.                                  )
_____)

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT SO THAT THE PARTIES MAY CONTINUE TO PURSUE THE POSSIBILITY OF SETTLEMENT

    Defendant the Federal Communications Commission, by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for an extension of time to respond to the Complaint in this action. Defendant's response to the Complaint is currently due by July 30, 2008. Defendant is requesting that its response date be extended by 45 days, to September 15, 2008. The last undersigned counsel has discussed this motion with Plaintiff's counsel, and Plaintiff's counsel has stated that Plaintiff consents to the relief requested herein. As demonstrated below, there is good cause to grant this motion.

    Plaintiff brought this action pursuant to the Freedom of Information Act ("FOIA") to obtain from Defendant records that were the subject of a FOIA request that it had previously submitted to Defendant. Defendant's response to Plaintiff's Complaint was initially due on June 30, 2008. However, on June 27, 2008, with Plaintiff's consent, Defendant moved for an extension of time of 30 days to respond to the Complaint so that: (1) it could provide its response to Plaintiff's FOIA request; and (2) the parties could thereafter explore the possibility of a settlement of this action. By Minute Order dated June 30, 2008, this Court granted

Defendant's June 27, 2008 motion to extend. Shortly thereafter, on July 1, 2008, Defendant provided certain responsive documents to Plaintiff and, since that time, the parties have been diligently exploring the possibility of settlement. At this time, it appears reasonably likely that a settlement can be reached. However, the parties require additional time to finalize the terms of the settlement that they have been discussing. The parties believe that 45 days (i.e., the length of the extension requested herein) will provide an appropriate interval for that to occur.

For the foregoing reasons, Defendant respectfully requests that this Court grant it the relief requested herein. The parties have agreed that nothing contained in this motion constitutes a waiver of either of their rights under FOIA. The parties have also agreed that any obligation of Plaintiff to pay any costs alleged by Defendant to be associated with its provision of responsive documents to Plaintiff will be suspended until the resolution of the parties' settlement discussions. A proposed order consistent with this motion is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 307-0372
Fax: (202) 514-8780
Christopher.Harwood@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNBEAM TELEVISION CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL COMMUNICATIONS COMMISSION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action 08-0906 (RMC) |

# **ORDER**

Having considered Defendant's Consent Motion for Extension of Time to Respond to the Complaint So that the Parties May Continue to Pursue the Possibility of Settlement, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall have until September 15, 2008 to respond to the Complaint; and it is

FURTHER ORDERED that any obligation of Plaintiff to pay any costs alleged by Defendant to be associated with its provision of responsive documents to Plaintiff will be suspended until the resolution of the parties' settlement discussions.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel