UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sunbeam Television Corp., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Federal Communications Commission, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-906 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Charles D. Tobin for the Plaintiff in the above-captioned matter.

                                                    /s/
Charles D. Tobin (DC Bar No. 455593)
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 955-3000  Phone
(202) 955-5564 Fax
charles.tobin@hklaw.com

# 5538339_v1